IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| | ) |
| Petitioner, | ) Case: 1:08-mc-00360 (HHK) |
| | ) |
| v. | ) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Respondent. | ) |
| | ) |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen M. Axinn appears as counsel for respondent Take-Two Interactive Software, Inc. in the above-captioned action.

Dated: New York, New York
June 9, 2008

**AXINN, VELTROP & HARKRIDER LLP**

/s/Stephen M. Axinn
Stephen M. Axinn (D.C. Bar #478335)
114 West 47th Street
New York, New York 10036
(212) 728-2200

1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 912-4700

*Attorneys for Respondent Take-Two Interactive Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2008, I served a copy of the foregoing Notice of Appearance, via Federal Express and email on the following:

>John Andrew Singer
>Federal Trade Commission
>600 Pennsylvania Avenue, NW
>Washington, DC 20580
>jsinger@ftc.com

/s/Stephen M. Axinn
Stephen M. Axinn