**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br> )<br>         Petitioner, )<br> )<br>    v. )<br> )<br>TAKE-TWO INTERACTIVE SOFTWARE, INC. )<br> )<br>         Respondent. )<br> ) | Case: 1:08-mc-00360 (HHK) |

MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of the bar of this Court, hereby moves in accordance with Local Civil Rule 83.2(d) for the admission *pro hac vice* of Michael L. Keeley, Esq. for the purpose of representing defendant Take-Two Interactive Software, Inc. in the above captioned action.

As the attached Declaration of Michael L. Keeley, Esq. demonstrates, Attorney Keeley is a principal of the law firm Axinn, Veltrop & Harkrider LLP, 114 West 47th Street, New York, New York 10036; telephone number (212) 728-2200; fax number (212) 728-2201 and e-mail address mlk@avhlaw.com.

Attorney Keeley is a member in good standing of the bar of the State of New York as well as the United States District Court for the Southern District of New York.

Attorney Keeley has not been denied admission or disciplined by the New York bar or any other bar.

Attorney Keeley has not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the past two years.

WHEREFORE, the undersigned requests that this motion for admission of Michael L. Keeley as a visiting lawyer be granted.

**AXINN, VELTROP & HARKRIDER LLP**

/s/ Stephen M. Axinn
Stephen M. Axinn (D.C. Bar #478335)
114 West 47th Street
New York, New York 10036
(212) 728-2200

1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 912-4700

*Attorneys for Respondent Take-Two Interactive Software, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, INC. )<br>)<br>)<br>Respondent. )<br>) | Case: 1:08-mc-00360 (HHK) |

DECLARATION OF MICHAEL L. KEELEY, ESQ.

I, Michael L. Keeley, Esq. declare as follows:

1. My full name is Michael Lawrence Keeley.

2. I am a principal of the law firm Axinn, Veltrop & Harkrider LLP, practicing in the office located at 114 West 47th Street, New York, New York 10036; telephone number (212) 728-2200; fax number (212) 728-2201 and e-mail address mlk@avhlaw.com.

3. I am a member in good standing of the bar of the State of New York as well as the United States District Court for the Southern District of New York.

4. I have not been denied admission or disciplined by the New York bar or any other bar.

5. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the past two years.

Executed on June 9, 2008.

/s/ Michael L. Keeley
MICHAEL L. KEELEY, ESQ.
114 West 47th Street
New York, New York 10036
(212) 728-2200

1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 912-4700