IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, INC., )<br>)<br>Respondent. )<br>) | No. 08-MISC-360-HHK |

**JOINT MOTION TO CONTINUE JUNE 24, 2008, HEARING**

Petitioner, the Federal Trade Commission ("Commission"), and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), have entered into an agreement that resolves the outstanding issues raised by the Commission's "Emergency Petition" filed on June 5, 2008. The Commission and Take-Two, therefore, jointly move:

1. That the hearing scheduled for June 24, 2008, on the Commission's Petition be continued;

2. That the Court retain jurisdiction over this matter; and

3. That the Court schedule a hearing on or about July 8, 2008, in the event that any additional disputes should arise concerning the Commission's April 21, 2008, Subpoena and Civil Investigative Demand directed to Take-Two.

Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

Deputy General Counsel - Litigation

_____
JOHN ANDREW SINGER
LESLIE R. MELMAN
Attorneys for Petitioner
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
(202) 326-3234 (Singer)
(202) 326-2478 (Melman)
Fax (202) 326-2477
Email: jsinger@ftc.gov
       lmelman@ftc.gov

_____
STEPHEN M. AXINN
MICHAEL L. KEELEY
Attorneys for Respondent
Take-Two Interactive Software, Inc.
AXINN, VELTROP & HARKRIDER, LLC
114 West 47th Street
New York, NY 10036
(212) 728-2200
Fax (212) 728-2201
Email: sma@avhlaw.com
       mlk@avhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, INC. , )<br>)<br>Respondent. )<br>) | No. 08-MISC-360-HHK |

**(PROPOSED) ORDER CONTINUING JUNE 24, 2008, HEARING**

Upon the Joint Motion of the Petitioner, the Federal Trade Commission ("Commission"), and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), it is hereby ORDERED:

1. That the hearing scheduled for June 24, 2008, on the Commission's June 5, 2008, Petition be continued;

2. That the Court shall retain jurisdiction over this matter; and

3. That a hearing is set for July 8, 2008, at _____ a.m./p.m., in the event that any additional disputes should arise concerning the Commission's April 21, 2008, Subpoena and Civil Investigative Demand directed to Take-Two.  Counsel shall contact the Court's Deputy, Tanya Johnson, to cancel this hearing in the event that it is not necessary.

_____
HENRY H. KENNEDY, JR.
United States District judge