IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Petitioner, ) | |
| v. ) | No. 08-MISC-360-HHK |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., ) | |
| Respondent. ) | |

**FEDERAL TRADE COMMISSION'S NOTICE OF RESERVATION OF
RIGHT TO FILE A COMPREHENSIVE REPLY MEMORANDUM**

The Commission and Take-Two reached an agreement on June 18, 2008, that should settle the disputes regarding the Commission's April 21, 2008, Subpoena and Civil Investigative Demand ("CID") to Take-Two. The parties, jointly, have filed a motion requesting that the hearing scheduled for June 24, 2008, be continued until July 8, 2008, in order to provide Take-Two with the opportunity to come into full compliance with this agreement. (Dkt Entry 7). As a result, the Commission believes that filing a reply memo with a point-by-point rebuttal of the issues raised in Take-Two's June 16, 2008, Opposition (Dkt Entry 5), that would otherwise be due at 1:00 p.m. on June 20, is not appropriate at this time. But, since the parties have requested that this Court retain jurisdiction and, if necessary, use the July 8 hearing to resolve any disputes that may arise concerning the Commission's Subpoena and CID to Take-Two, the Commission expressly reserves the right to file a comprehensive reply memorandum in advance of this July 8 hearing.

Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation


 /S/ John Andrew Singer
JOHN ANDREW SINGER
LESLIE R. MELMAN
Attorneys for Petitioner
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
(202) 326-3234 (Singer)
(202) 326-2478 (Melman)
Fax (202) 326-2477
Email: jsinger@ftc.gov
         lmelman@ftc.gov


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2008, I served a copy of the foregoing on Stephen M. Axinn and Michael L. Keeley, Counsel for Take-Two Interactive Software Inc., electroincally through the Court's ECF system.


 /S/ John Andrew Singer
JOHN ANDREW SINGER