AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission,

        Plaintiff(s)

vs.

Take-Two Interactive Software, Inc.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   08-MISC-360-HHK

To the Clerk of this court and all parties of record:

Please enter the appearance of __Leslie Rice Melman__ as counsel in this
                                (Attorney's Name)

case for: __Federal Trade Commission__
              (Name of party or parties)

June 18, 2008
Date

DC Bar 266783
BAR IDENTIFICATION

*[Signature]*
Signature

Leslie Rice Melman
Print Name

600 Pennsylvania Ave NW Room 582
Address

Washington DC        20580
City   State   Zip Code

(202) 326-2478
Phone Number

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of June, 2008, I served a copy of the foregoing on Stephen M. Axinn and Michael L. Keeley, Counsel for Take-Two Interactive Software Inc., electroincally through the Court's ECF system.

                                            /S/ John Andrew Singer
                                            JOHN ANDREW SINGER