IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 08-MISC-360-HHK |
| ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

**JOINT MOTION TO CONTINUE JULY 8, 2008, HEARING**

WHEREAS Petitioner, the Federal Trade Commission ("Commission" or "FTC") and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), entered into an agreement regarding Take-Two's compliance with the Commission's April 21, 2008, subpoena duces tecum and civil investigative demand;

AND WHEREAS the document production that the parties had agreed would be due on June 30, 2008, appears to be complete;

NOW, THEREFORE,

The Commission and Take-Two jointly move:

1. That the hearing scheduled for July 8, 2008, on the Commission's Emergency Petition be continued;

2. That the Court retain jurisdiction over this matter;

3. That the Court schedule a hearing on or about July 21, 2008, in the event that any additional disputes should arise concerning Take-Two's remaining obligations under the Commission's April 21, 2008, Subpoena and Civil Investigative Demand.

Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel for Litigation

_/s/ Leslie Rice Melman_
JOHN ANDREW SINGER
LESLIE RICE MELMAN
Attorneys
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2478
Fax (202) 326-2477
Email: jsinger@ftc.gov
       lmelman@ftc.gov

_/s/ Michael L. Keeley_
STEPHEN M. AXINN
MICHAEL L. KEELEY
Attorneys for Respondent
Take-Two Interactive Software, Inc.
AXINN, VELTROP & HARKRIDER, LLC
114 West 47th Street
New York, NY 10036
(212) 728-2200
Fax (212) 728-2201
Email: sma@avhlaw.com
       mlk@avhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 08-MISC-360-HHK |
| ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

### (PROPOSED) ORDER CONTINUING JULY 8, 2008, HEARING

Upon the Joint Motion of the Petitioner, the Federal Trade Commission ("Commission"), and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), it is hereby ORDERED:

1. That the hearing scheduled for July 8, 2008, on the Commission's June 5, 2008, Emergency Petition be continued;

2. That the Court shall retain jurisdiction over this matter; and

3. That a hearing is set for July 21, 2008, at _____ a.m./p.m., in the event that any additional disputes should arise concerning remaining obligations under the Commission's April 21, 2008, Subpoena and Civil Investigative Demand directed to Take-Two. Counsel shall contact the Court's Deputy, Tanya Johnson, to cancel this hearing in the event that it is not necessary.

Dated:                                                                  _____
                                                                        HENRY S. KENNEDY, JR.
                                                                        United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of July, 2008, I served a copy of the foregoing Joint Motion to Continue July 8, 2008, Hearing and an accompanying proposed order on Stephen M. Axinn and Michael L. Kelley, Counsel for Take Two Interactive Software, Inc., electronically through the Court's ECF system.

LESLIE RICE MELMAN