IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, INC., )<br>)<br>Respondent. )<br>) | No. 08-MISC-360-HHK |

**JOINT MOTION TO CONTINUE JULY 21, 2008, HEARING**

WHEREAS Petitioner, the Federal Trade Commission ("Commission") and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), entered into an agreement regarding Take-Two's compliance with the Commission's April 21, 2008, subpoena duces tecum and civil investigative demand;

AND WHEREAS the production of responsive information to which the parties have agreed is continuing to progress;

NOW, THEREFORE,

The Commission and Take-Two jointly move:

1. That the hearing scheduled for July 21, 2008, on the Commission's Emergency Petition be continued;

2. That the Court retain jurisdiction over this matter;

3. That the Court schedule a hearing on or about July 31, 2008, in the event that any additional disputes should arise concerning Take-Two's remaining obligations under the Commission's April 21, 2008, Subpoena and Civil Investigative Demand.

Respectfully submitted,


WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel for Litigation


/S/ Leslie Rice Melman
JOHN ANDREW SINGER
LESLIE RICE MELMAN
Attorneys
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-3234 (Singer)
(202) 326-2478 (Melman)
Fax (202) 326-2477
Email:  jsinger@ftc.gov
            lmelman@ftc.gov


/S/ Michael L. Keeley
STEPHEN M. AXINN
MICHAEL L. KEELEY
Attorneys for Respondent
Take-Two Interactive Software, Inc.
AXINN, VELTROP & HARKRIDER, LLC
114 West 47th Street
New York, NY 10036
(212) 728-2200
Fax (212) 728-2201
Email:  sma@avhlaw.com
            mlk@avhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, INC. , )<br>)<br>Respondent. )<br>) | No. 08-MISC-360-HHK |

**(PROPOSED) ORDER CONTINUING JULY 21, 2008, HEARING**

Upon the Joint Motion of the Petitioner, the Federal Trade Commission ("Commission"), and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), it is hereby ORDERED:

1. That the hearing scheduled for July 21, 2008, on the Commission's June 5, 2008, Emergency Petition be continued;

2. That the Court shall retain jurisdiction over this matter; and

3. That a hearing is set for July 31, 2008, at _____ a.m./p.m., in the event that any additional disputes should arise concerning remaining obligations under the Commission's April 21, 2008, Subpoena and Civil Investigative Demand directed to Take-Two.  Counsel shall contact the Court's Deputy, Tanya Johnson, to cancel this hearing in the event that it is not necessary.


DATED: July ___, 2008                          _____
                                               HENRY S. KENNEDY, JR.
                                               United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I served the foregoing on all counsel of record through the Court's ECF System.

/S/ Leslie Rice Melman
LESLIE RICE MELMAN