IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TAKE-TWO INTERACTIVE SOFTWARE, INC., )<br>)<br>Respondent. ) | No. 08-MISC-360-HHK |

**JOINT MOTION TO CANCEL AUGUST 1, 2008, HEARING**

WHEREAS Petitioner, the Federal Trade Commission ("Commission") and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), entered into an agreement regarding Take-Two's compliance with the Commission's April 21, 2008, subpoena duces tecum and civil investigative demand;

AND WHEREAS there currently are no disputes concerning the production of responsive information for which immediate judicial intervention is necessary;

NOW, THEREFORE,

The Commission and Take-Two jointly move:

1. That the hearing scheduled for August 1, 2008, on the Commission's Emergency Petition be canceled;

2. That the Court retain jurisdiction over this matter;

3. That while no hearing need be scheduled at this time that the Commission or Take Two shall inform the Court and shall request the scheduling of a hearing in the event that any additional disputes requiring judicial intervention should arise concerning Take-Two's remaining obligations under the Commission's April 21, 2008, Subpoena and Civil Investigative Demand.

Respectfully submitted,


WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel for Litigation


/S/ John Andrew Singer
JOHN ANDREW SINGER
LESLIE RICE MELMAN
Attorneys
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-3234 (Singer)
(202) 326-2478 (Melman)
Fax (202) 326-2477
Email:  jsinger@ftc.gov
            lmelman@ftc.gov


/S/ Michael L. Keeley
STEPHEN M. AXINN
MICHAEL L. KEELEY
Attorneys for Respondent
Take-Two Interactive Software, Inc.
AXINN, VELTROP & HARKRIDER, LLC
114 West 47th Street
New York, NY 10036
(212) 728-2200
Fax (212) 728-2201
Email:  sma@avhlaw.com
            mlk@avhlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2008, I served the foregoing on all counsel of record through the Court's ECF System.


      <u>/S/ John Andrew Singer</u>
      JOHN ANDREW SINGER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,              ) | |
|                  Petitioner,              ) | |
| v.              ) | No. 08-MISC-360-HHK |
| TAKE-TWO INTERACTIVE SOFTWARE, INC.,              ) | |
|                  Respondent.              ) | |

**(PROPOSED) ORDER CANCELING AUGUST 1, 2008, HEARING**

Upon the Joint Motion of the Petitioner, the Federal Trade Commission ("Commission"), and Respondent, Take-Two Interactive Software, Inc. ("Take-Two"), it is hereby ORDERED:

1. That the hearing scheduled for August 1, 2008, on the Commission's June 5, 2008, Emergency Petition be cancelled;

2. That the Court shall retain jurisdiction over this matter; and

3. That no further hearing is scheduled at this time.

DATED: July___, 2008

                                                                             HENRY S. KENNEDY, JR.
                                                                             United States District Judge